UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

DOCKET NO. 3:14cr143

V.

ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE

MAURICE NORMAN LEVY (1)
DERRICK ANTHONY LEVY (2)
MATTHEW CORRALES (3)

_____

**THIS MATTER IS BEFORE THE COURT** Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the above-captioned Bill of Indictment in the above-captioned case.. The court has accepted and entered defendant DERRICK ANTHONY LEVY's guilty plea in related case, United States v. Derrick Anthony Levy (2), case no. 3:22cr25.

**IT IS ORDERED**, that Motion (Doc. No.65 ) is **GRANTED.**

Signed: October 4, 2022

Frank D. Whitney
United States District Judge